# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | USA v. Toyed Bee Xiong 2:25-CR-000195 DJC | *Date:* | August 19, 2025 |
| *To:* | Hon. Daniel J. Calabretta c/o Courtroom Deputy Gabriel Michel | *From:* | **Nchekube Onyima U.S. Attorney's Office Eastern District of California 501 I Street, Ste 10-100 Sacramento, California 95814 Telephone: (916) 554-2700** |

    The parties request that the Court set the above-referenced matter for the Court's 2:00 p.m. calendar on August 27, 2025, for arraignment on the Information filed on August 18, 2025.

    Toyed Bee Xiong is currently out of custody and will transport himself for the arraignment.