BETTY J. WILLIAMS, SBN 224793
LAW OFFICES OF WILLIAMS & ASSOCIATES, P.C.

3600 American River Drive, Suite 135
Sacramento, CA 95864
Telephone:   (916) 488 8501
Facsimile: (916) 488-8196
Email: betty@williamstaxlaw.com

Attorneys for Defendant
TOYED BEE XIONG

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:25-cr-00195-DJC |
| Plaintiff, | |
| v. | **WAIVER OF PERSONAL APPEARANCE** |
| TOYED BEE XIONG, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Toyed Bee Xiong hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DEFENDANT TOYED BEE XIONG'S WAIVER OF PERSONAL APPEARANCE

DATED:  September 8, 2025                    /s/ Toyed Bee Xiong
                                            Toyed Bee Xiong
                                            Defendant


DATED:  September 8, 2025                    /s/ Betty J. Williams
                                            Betty J. Williams
                                            Attorney for Defendant
                                            Toyed Bee Xiong


**IT IS SO ORDERED.**


DATED:  September 12, 2025           /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE

DEFENDANT TOYED BEE XIONG'S WAIVER OF PERSONAL APPEARANCE