1  ERIC GRANT
   United States Attorney
2  NCHEKUBE ONYIMA
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00195-DJC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER |
| v. | |
| TOYED BEE XIONG, | DATE: October 23, 2025 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Nchekube Onyima, Special Assistant United States Attorney, and defendant Toyed Bee Xiong, both individually and by and through his counsel of record, Betty J. Williams, hereby stipulate as follows:

1. By previous order this matter was set for status on October 23, 2025, and time was excluded from August 27, 2025, through October 23, 2025, under Local Code T4. (ECF 4).

2. The Court granted the parties request to convert the status conference to a Change of Plea hearing.

3. By this stipulation, defendant now moves to continue the Change of Plea hearing until December 4, 2025, at 1:30 p.m., and to exclude time between October 23, 2025, and December 4, 2025, under Local Code T4.

////

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has issued discovery to defense counsel that consists of approximately 500 pages of agent reports, tax returns, and other financial records. Some of this discovery is covered by a Protective Order.

    b) On August 29, 2025, the government sent defense counsel a plea agreement.

    c) On October 8, 2025, the government provided defense counsel an amended plea agreement which made minor edits to the Factual Basis of the plea agreement previously issued to defense counsel on August 29, 2025.

    d) Defense counsel is presently out of the office and is unable to review the edits and discuss the edits with her client. Due to this, defense has represented that she requires additional time to discuss the plea agreement and discovery with her client, and discuss potential resolution with her client.

    e) Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    f) The government does not object to the continuance.

    g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2025 to December 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludible from the period within which a trial must commence.

IT IS SO STIPULATED.

                                  ERIC GRANT
                                  United States Attorney

Dated:  October 8, 2025                  /s/Nchekube Onyima
                                  NCHEKUBE ONYIMA
                                  Special Assistant United States Attorney

Dated:  October 8, 2025                  /s/Betty J. Williams
                                  BETTY J. WILLAIMS
                                  Counsel for Defendant
                                  Toyed Bee Xiong

**ORDER**

IT IS SO FOUND AND ORDERED this 8th day of October, 2025.

                                  /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE