BETTY J. WILLIAMS, SBN 224793
LAW OFFICES OF WILLIAMS & ASSOCIATES, P.C.
3600 American River Drive, Suite 135
Sacramento, CA 95864
Telephone:  (916) 488 8501
Facsimile: (916) 488-8196
Email: betty@williamstaxlaw.com

Attorneys for Defendant
TOYED BEE XIONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-00195-DJC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| TOYED BEE XIONG, | Judge:  Honorable Daniel J. Calabretta |
| Defendant. | |

        The parties request to vacate Mr. Xiong's current sentencing date of April 23, 2026, and reset his sentencing for May 21, 2026.  Probation is aware of this request and does not object; the court is available as well.

        The parties further wish to reset the dates for disclosures and objections pertaining to the Presentence Report as follows:

| | |
|---|---|
| Judgment and sentencing date: | May 21, 2026 |
| Reply or statement of non−opposition: | May 14, 2026 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | May 7, 2026 |

April 7, 2026

/s/ Nchekube Onyima
Nchekube Onyima
Special Assistant United States Attorney

April 7, 2026

/s/ Betty Williams
Betty Williams
Attorney for Defendant
Toyed Bee Xiong

**O R D E R**

Good cause appearing Toyed Bee Xiong's sentencing is reset to May 21, 2026.

Dates for disclosures and objections pertaining to the Presentence Report are reset as follows:

| | |
|---|---|
| Judgment and sentencing date: | May 21, 2026 |
| Reply or statement of non−opposition: | May 14, 2026 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | May 7, 2026 |

Dated:  April 7, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE